IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STACEY MICHELLE HOBSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY BERRYHILL,[1] ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | No. 3:15-cv-01050 <br><br> Judge Trauger |

## ORDER

The court hereby **WITHDRAWS** the reference to the magistrate judge.

For the reasons set forth in the accompanying Memorandum, Plaintiff Stacey Michelle Hobson's Motion for Judgment on the Administrative Record (Docket No. 14) is **GRANTED** to the extent the case is **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Opinion filed herewith.

It is so **ORDERED**.

Entered this 31st day of July, 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1] Nancy Berryhill became Acting commissioner for the Social Security Administration on January 23, 2017.